## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

SHAWN P PHILLIPS

     Plaintiff,

v.

                            Case No. 21-60773-CIV-SMITH

DYNAMIC RECOVERY SOLUTIONS, LLC,

     Defendant.

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that SHAWN P. PHILLIPS ("Plaintiff") and DYNAMIC RECOVERY SOLUTIONS, LLC ("Defendant"), hereby notify the Court that the parties have reached settlement as to Plaintiff's claims. The parties are in the process of completing the settlement and intend on filing dismissal papers within 45 days.

DATED: May 24, 2021               Respectfully submitted,

                                 /s/ Alexander J. Taylor_____
                                 Alexander J. Taylor
                                 Florida Bar No. 1013947
                                 Sulaiman Law Group, Ltd.
                                 2500 South Highland Avenue
                                 Suite 200
                                 Lombard, IL  60148
                                 Tel:  630-575-8181
                                 Facsimile:
                                 Email:  atyalor@sulaimanlaw.com
                                 Attorney for Plaintiff

1

2