# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

SHAWN P. PHILLIPS,

  Plaintiff,

v.

DYNAMIC RECOVERY
SOLUTIONS, LLC,

  Defendant.

_____/

Case No. 0:21-cv-60773-RS

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, SHAWN P. PHILLIPS, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing his claims against Defendant, DYNAMIC RECOVERY SOLUTIONS, LLC, without prejudice, with all parties to bear their own attorney's fees and cost.

Dated: August 30, 2021

Respectfully submitted,

**SHAWN P. PHILLIPS**
*/s/ Alejandro E. Figueroa*
Alejandro E. Figueroa, Esq.
Florida Bar No. 1021163
Counsel for Plaintiff
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
afigueroa@sulaimanlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 30, 2021, I electronically filed the foregoing with the Clerk of the Court for the Southern District of Florida by using the CM/ECF system.

                                                    */s/ Alejandro E. Figueroa*
                                                    Alejandro E. Figueroa, Esq.